

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| EMERSON L. GLASER, | : | |
| Plaintiff, | : | Case No. 3:05cv00142 |
| vs. | : | District Judge Walter Herbert Rice |
| | | Magistrate Judge Sharon L. Ovington |
| MONTGOMERY COUNTY COURT OF COMMON PLEAS, et al., | : | |
| Defendants | : | |
| | : | |

**DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS FILED ON JULY 29, 2005 (Doc. #7); GRANTING DEFENDANT'S MOTION TO DISMISS (Doc. #4); DISMISSING PLAINTIFF'S COMPLAINT; AND TERMINATING THE CASE ON THE DOCKET OF THIS COURT**

The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #7), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations filed on July 29, 2005 (Doc. #7) is ADOPTED in full;

2. Defendant's Motion to Dismiss (Doc. #4) is GRANTED;

3. Plaintiff's Complaint is DISMISSED; and

4. The case is terminated on the docket of this Court.

*(signature)*

Walter Herbert Rice
United States District Judge